**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Zulma Consuelo Pineda**                                   CASE NO    **18-30380-HDH-13**

                                                                                          CHAPTER    **13**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  2/5/2018                                              Signature  /s/ Zulma Consuelo Pineda
                                                                                  *Zulma Consuelo Pineda*

Date  _____                    Signature  _____

```
Angela Schnuerle
524 W. A. Ave.
North Little Rock, AR 72116



Celso Duran
c/o Steven Badger
901 Main St., Suite 4000
Dallas, TX 75202


Chapter 13 Trustee
Notice Only
125 E. John Carpenter Freeway, #1100
Irving, TX 75062


Dallas County Tax Office
500 Elm St., Records Bldg.
Dallas, TX 75202



Francisco Perez
c/o Steven Badger
901 Main St., Suite 4000
Dallas, TX 75202


Gladys Barner
c/o Steven Badger
901 Main St., Suite 4000
Dallas, TX 75202


IRS - Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101


Lawrence Herrera
4717 W. Lovers Lane
Dallas, TX 75209-3135



Santide Investments, Inc.
c/o Frederick Williams
1910 Pacific Ave., Suite 2040
Dallas, TX 75201
```

```
U.S. Attorney
1100 Commerce St., Room 16G28
Dallas, TX 75242


Wayne Vance
c/o Steven Badger
901 Main St., Suite 4000
Dallas, TX 75202


William T. Neary
Notice Only
Office of the U.S. Trustee
1100 Commerce, Suite 9C60
Dallas, TX 75242
```