UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO.  18-30380 |
| ZULMA CONSUELO PINEDA § | | |
| DEBTORS(S), § | | CHAPTER  13 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**DALLAS COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on 16th day of February, 2018, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

LAWRENCE  HERRERA
4717 W LOVERS LANE
DALLAS, TX 75209

THOMAS DWAIN POWERS
CHAPTER 13 TRUSTEE
125 E. JOHN CARPENTER FRWY.,
SUITE 1100
IRVING, TX 75062

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207
Telephone:  (214) 880-0089
Facsimile:   (469) 221-5003
Email:          dallas.bankruptcy@publicans.com

By: /s/ Sherrel K. Knighton
Sherrel K. Knighton
SBN: 00796900 TX