| Date | Description | Deposits/Credits | Withdrawals/Debits |
|---|---|---|---|
| Category: Direct Deposits | | | |
| 09/29/17 | MW FAIRCLOTH INC PAYROLL 093017 41114763 0015 PINEDA, ZULMA C | $826.99 | |

Details

Category:
   Direct Deposits

| | | | |
|---|---|---|---|
| 09/15/17 | MW FAIRCLOTH INC PAYROLL 091517 41114763 0015 PINEDA, ZULMA C | $826.99 | |

Details

Category:
   Direct Deposits

| Totals | | $9,579.34 | $0.00 |
|---|---|---|---|

Back to top

First
Previous
Next

## *Account Disclosures

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

🏠 Equal Housing Lender

| Date | Description | Deposits/Credits | Withdrawals/Debits |
|---|---|---|---|

### Details

Category:
   Direct Deposits

| | | | |
|---|---|---|---|
| 12/29/17 | MW FAIRCLOTH INC PAYROLL 123117 41114763 0015 PINEDA, ZULMA C | $461.75 | |

### Details

Category:
   Direct Deposits

| | | | |
|---|---|---|---|
| 12/15/17 | MW FAIRCLOTH INC PAYROLL 121517 41114763 0015 PINEDA, ZULMA C | $826.99 | |

### Details

Category:
   Direct Deposits

| | | | |
|---|---|---|---|
| 11/30/17 | MW FAIRCLOTH INC PAYROLL 113017 41114763 0015 PINEDA, ZULMA C | $919.81 | |

### Details

Category:
   Direct Deposits

| | | | |
|---|---|---|---|
| 11/15/17 | MW FAIRCLOTH INC PAYROLL 111517 41114763 0015 PINEDA, ZULMA C | $1,012.63 | |

### Details

Category:
   Direct Deposits

| | | | |
|---|---|---|---|
| 10/31/17 | MW FAIRCLOTH INC PAYROLL 103117 41114763 0015 PINEDA, ZULMA C | $1,105.45 | |

### Details

Category:
   Direct Deposits

| | | | |
|---|---|---|---|
| 10/13/17 | MW FAIRCLOTH INC PAYROLL 101517 41114763 0015 PINEDA, ZULMA C | $919.81 | |

### Details

| Totals | | $9,579.34 | $0.00 |
|---|---|---|---|

████████████████████████████████████

## EVERYDAY CHECKING
...9860

**$1,240.09**
Available balance

Activity Summary

| | |
|---|---|
| **Current posted balance** | $1,240.09 |
| **Pending withdrawals/debits** | $0.00 |
| **Pending deposits/credits** | $0.00 |
| **Available balance** | $1,240.09 |

Monthly Service Fee Summary | Debit Card Activity

## Activity

First
Previous
Next

| Date | Description | Deposits/Credits | Withdrawals/Debits |
|---|---|---|---|
| **Pending Transactions** | | | |
| No pending transactions meet your search criteria. Please try again. | | | |
| **Posted Transactions** | | | |
| 01/31/18 | MW FAIRCLOTH INC PAYROLL 013118 41114763 0015 PINEDA, ZULMA C | $839.30 | |

Details

Category:
    Direct Deposits

| | | | |
|---|---|---|---|
| 01/12/18 | MW FAIRCLOTH INC PAYROLL 011518 41114763 0015 PINEDA, ZULMA C | $1,012.63 | |

Details

Category:
    Direct Deposits

| | | | |
|---|---|---|---|
| 12/29/17 | MW FAIRCLOTH INC PAYROLL 123117 41114763 0015 PINEDA, ZULMA C | $826.99 | |
| **Totals** | | **$9,579.34** | **$0.00** |