

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 30, 2018**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THENORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In Re:                                           Case No. 18-30380-HDH-13
ZULMA CONSUELO PINEDA
        Debtor

_____

### Order Dismissing Chapter 13 Case pursuant to General Order 2017-01
_____

On representation of the Standing Chapter 13 Trustee as evidenced by the signature below, that the Debtor failed to timely pay the Trustee the first payment specified in Debtor's plan within 30 days after the filing of the Petition;

 **IT IS, THEREFORE, ORDERED** that the above proceeding be and hereby is in all things **DISMISSED without prejudice,** PROVIDED that if, within 14 days of entry hereof, a creditor in this case files a Motion to amend this order and seeks a dismissal with prejudice, sanctions or other relief deemed appropriate by the Court, this Order may be amended by the Court, after notice and a hearing, to grant the relief sought in said Motion in whole or in part.

 **IT IS FURTHER ORDERED** that all debts due and owing to creditors as of this date are NOT DISCHARGED or affected in any manner by this Order.

Order Dismissing Chapter 13 Case Pursuant to General Order 2017-01,  Page 2
18-30380-HDH-13
ZULMA CONSUELO PINEDA

### End of Order ###

Approved:   /s/ Thomas D. Powers
              {TrusteeName}, Chapter 13 Trustee
              Office of the Standing Chapter 13 Trustee
              105 Decker Ct
              Suite 1150 11th Floor
              Irving, TX  75062
              (214) 855-9200 / (214) 965-0754  (Fax)