Lawrence Herrera
4717 W. Lovers Lane
Dallas, Texas 75209
EMAIL: LHerrera@flash.net
(214) 526-0334 / (214) 526-3098 FAX

ATTORNEY FOR DEBTOR(S)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| IN RE: | § | CASE NO. 18-30380-HDH-13 |
|---|---|---|
| Zulma Consuelo Pineda | § | |
| Debtor | § | : |

**DEBTOR'S AMENDED RESPONSE TO WAYNE VANCE CELSO DURAN, FRANCISCO PEREZ, GLADYS BARNER, AND ANGELA GALVIS SCHNUERLE'S MOTION TO DIMISS WITH PREJUDICETO REFILING FOR 180 DAYS**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Zulma Consuelo Pineda (singularly or collectively "Debtor") hereby responds to the Motion to Dismiss Case with Prejudice as follows:

1. Debtor does not believe that the facts justify a dismissal with prejudice..

3. Debtor has filed a Motion to Reinstate her case.

PRAYER

WHEREFORE, Debtor prays for such further relief as is just.

Dated: May 9, 2018

/s/ Lawrence Herrera
Lawrence Herrera
State Bar No. 09530150
4717 W. Lovers Lane
Dallas, Texas 75209
214) 526-0334 / (214) 526-3098 FAX