

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 12, 2018**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| ZULMA CONSUELO PINEDA, | § § | NO. 18-30380-HDH-13 |
| Debtor. | § | (Chapter 13) |

### ORDER AMENDING ORDER SIGNED ON MARCH 30, 2018 BY DISMISSING CASE WITH PREJUDICE TO REFILING FOR 180 DAYS

On May 31, 2018, the Court considered Wayne Vance, Celso Duran, Francisco Perez, Gladys Barner, and Angela Galvis Schnuerle's Motion to Dismiss with Prejudice to Refiling for 180 Days, which was filed in the above-styled and numbered Chapter 13 proceeding. The Court, having heard this Motion and arguments of counsel, finds that proper notice of the Motion and the Hearing Date was given to all parties in interest.

Upon due consideration of the grounds set forth in Wayne Vance, Celso Duran, Francisco Perez, Gladys Barner, and Angela Galvez Schnuerle's Motion to Dismiss with Prejudice to Refiling for 180 Days and arguments of counsel, and after hearing that Debtor Zulma Consuelo

Pineda has withdrawn her opposition to said motion, the Court finds that said Motion should be GRANTED in its entirety.

It is therefore **ORDERED** that this Court hereby amends the Order Dismissing Chapter 13 Case signed on March 30, 2018 pursuant to General Order 2017-01 by GRANTING Wayne Vance, Celso Duran, Francisco Perez, Gladys Barner, and Angela Galvis Schnuerle's Motion to Dismiss with Prejudice to Refiling for 180 Days and by dismissing this current Chapter 13 bankruptcy petition filed by Debtor Zulma Consuelo Pineda in the above-styled and numbered Chapter 13 proceeding with prejudice to the refiling of a subsequent petition for 180 days.

# # # End of Order # # #

| | |
|---|---|
| Order submitted by:<br>Shannon O'Malley<br>901 Main Street, Suite 4000<br>Dallas, TX 75202<br>somalley@zelle.com<br>Tel: (214) 749-4225<br>Fax: (214) 760-8994 | */S/ Tara Tankersley*_____<br><br>Trustee, Tara Tankersley<br><br>*/S/ Lawrence Herrera*_____<br>Lawrence Herrera |